# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN R. JONES,<br><br>　　　　Plaintiff,<br>　v.<br><br>GEMALTO, INC.,<br><br>　　　　Defendant. | CIVIL ACTION<br>NO. 15-00673 |

# ORDER

**AND NOW**, this 29th day of June, 2015, upon consideration of Plaintiff's Motion to Remand, (ECF. No. 7), and Defendant's response in opposition, (ECF. No. 9), as well as Defendant's Motion to Dismiss, (ECF. No. 5), and Plaintiff's response in opposition, (ECF No. 8), it is **ORDERED** that Plaintiff's motion is **DENIED** and Defendant's motion is **GRANTED.** The complaint is dismissed with prejudice.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.